

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-15-00256-CV

**IN THE INTEREST OF A.N.H. AND T.D.H., CHILDREN**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01405
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motions for extension of time are granted. Appellant's brief is timely filed as of June 29, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court